**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MICHAEL FRIEDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-936-M |
| | ) | |
| QUEST ENERGY PARTNERS LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| JAMES JENTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-968-M |
| | ) | |
| QUEST RESOURCE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| PAUL ROSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-978-M |
| | ) | |
| QUEST ENERGY PARTNERS LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

```
I. BRAXTON KYZER, et al.,         )
                                  )
            Plaintiff,            )
                                  )
vs.                               )   Case No. CIV-08-1066-M
                                  )
QUEST ENERGY PARTNERS L.P.,       )
et al.,                           )
                                  )
            Defendants.           )
                                  )
```

## ORDER

On December 2, 2008, United States Magistrate Judge Gary Purcell issued a Report and Recommendation in this action concerning the consolidation of the four pending actions as styled above pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B)(ii), and Federal Rule of Civil Procedure 42. The Magistrate Judge recommended that the motions to consolidate the four pending actions should be granted. The parties were advised of their right to object to the Report and Recommendation by December 22, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on December 2, 2008, and

(2) GRANTS the following motions to consolidate:

    (a) motion to consolidate filed by defendants Quest Resource Corporation and John Garrison in case no. CIV-08-936-M (docket no. 12),

    (b) motion to consolidate filed by defendants Quest Resource Corporation and John Garrison in case no. CIV-08-968-M (docket no. 9),

    (c) motion to consolidate filed by defendants Quest Resource Corporation and John Garrison in case no. CIV-08-978-M (docket no. 7),

    (d) motion to consolidate filed by defendants Quest Resource Corporation and John Garrison in case no. CIV-08-1066-M (docket no. 7), and

(3)     CONSOLIDATES case nos. CIV-08-936-M, CIV-08-968-M, CIV-08-978-M and CIV-08-1066-M.

**IT IS SO ORDERED this 24th of December, 2008.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE